IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA M. CHESTANG**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #134005**

V.　　　　　　　　　NO: 5:16CV00215 JM/PSH

**BRUCE WARREN** *et al*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff KeOndra M. Chestang is allowed to proceed only on his condition of confinement claim against defendant James Plummer, and his remaining claims against all other defendants are DISMISSED WITH PREJUDICE.

DATED this 21st day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE