**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KEONDRA M. CHESTANG                                                                               PLAINTIFF
ADC #134005

V.                                            NO: 5:16CV00215 JM/PSH

BRUCE WARREN *et al*                                                                            DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

On November 2, 2016, plaintiff KeOndra M. Chestang filed a motion to voluntarily dismiss his claims against defendant James Plummer. Doc. No. 17. Plummer filed a response indicating he has no objection to Chestang's motion. Doc. No. 18. For good cause shown, Chestang's motion should be granted. Because Chestang's claims against all other defendants have been dismissed previously, Doc. No. 16, the complaint should be dismissed in its entirety.

IT IS THEREFORE RECOMMENDED THAT:

1.         Plaintiff KeOndra M. Chestang's motion to voluntarily dismiss his claims against

defendant James Plummer, Doc. No. 17, be GRANTED, and Chestang's claims against Plummer be DISMISSED WITHOUT PREJUDICE.

    2.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE