**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEONDRA M. CHESTANG                                                                                          PLAINTIFF
ADC # 134005

V.                                                      NO: 5:16CV00215 JM

BRUCE WARREN *et al*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

On November 18, 2016, Plaintiff filed a Motion to Modify Order. Plaintiff contends that the Court did not consider her objections filed on October 17, 2016 (Doc. No. 15). The Court reviewed Plaintiff's objections and so stated in the Order dated October 21, 2016 (Doc. No. 16). For this reason, the motion is DENIED.

On November 30, 2016, Plaintiff filed a motion seeking a copy of her Motion to Modify Order. That motion (Doc. No. 21) is GRANTED. The Clerk is directed to send Plaintiff a copy of the Motion to Modify.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff KeOndra M. Chestang's motion to voluntarily dismiss his claims against defendant James Plummer, (Doc. No. 17), is GRANTED, and Chestang's claims against Plummer are DISMISSED WITHOUT PREJUDICE.

2.  Plaintiff's Motion to Modify Order (Doc. No. 20) is DENIED.

  3. Plaintiff's motion (Doc. No. 21) for a copy of his Motion to Modify (Doc. 20) is GRANTED. The Clerk is directed to send Plaintiff a copy of the Motion to Modify.

  4. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE